**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHEVRON CORPORATION,

    Plaintiff,

v.

MARIA AGUINDA SALAZAR, ET AL.,

    Defendants.

No. C 11-80219 JSW MISC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Charles R. Breyer to determine whether it is related to *In re Application of the Republic of Ecuador*, Case No. 10-80225 CRB MISC.

**IT IS SO ORDERED.**

Dated: September 23, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE