UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON CORP.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA AGUINDA SALAZAR, and others,<br><br>　　　　　Defendants. | Case No. 11-mc-80219 CRB (NC)<br><br>**ORDER DENYING PROTECTIVE ORDER AND TERMINATING CASE**<br><br>Re: Dkt. Nos. 1, 14 |

The Court finds that the discovery dispute arising from a subpoena issued in *Chevron v. Salazar* is moot and this matter should be terminated. The motion for a protective order is therefore DENIED. Dkt. No. 1.

Any party may object to this order within fourteen days. Fed. R. Civ. P. 72(a).

IT IS SO ORDERED.

Date: September 30, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge